NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1168

FAIRCHILD SEMICONDUCTOR CORPORATION,

Plaintiff-Appellee,

v.

THIRD DIMENSION (3D) SEMICONDUCTOR, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Maine in case no. 08-CV-158, Judge D. Brock Hornby.

ON MOTION

ORDER

Third Dimension Semiconductor, Inc. (3D) moves to stay proceedings due to settlement efforts. 3D states that Fairchild Semiconductor Corporation consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted to the extent that Fairchild's brief is due within 60 days of the date of filing of this order.

(2)     The motion for judicial notice remains in abeyance.

FOR THE COURT

**MAY 21 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Robert H. Stier, Jr., Esq.
      Michael W. Shore, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2009

JAN HORBALY
CLERK